UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORDER FOR RETURN OF BAIL

United States of America

USAO# 2016R01231

-v-

17-CR 505

**KEENAN WATTS,**

U.S.M.S. Register 79444-054

AFFIDAVIT

An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of (**FIVE THOUSAND DOLLARS**), (**$5,000.00**) cash, and to deposit the same in the registry of this Court, as a condition to assure the appearance of the above-named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and

WHEREAS the docket reflects that on **September 11, 2019** the defendant was sentenced by United States District Judge Vincent Briccetti to 24 months imprisonment; 5 years supervised release and $100.00 special assessment.

WHEREAS the Government has not alleged and moved under 28 U.S.C. §2044 that the above funds belong to the defendant and should accordingly be applied to the payment of any assessment, fine, restitution, forfeiture or penalty imposed upon the defendant; and

WHEREAS the Government has no objection to the Clerk of the Court returning the funds deposited as bail to their rightful owner or other person entitled to such money under 28 U.S.C. §§ 2041 & 2044; and

WHEREAS the Government is not aware of any other reason the funds deposited as bail should not be returned to their rightful owner or other person entitled to them;



NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §2042, that the Clerk of the Court pay out to **SANDRA REEVES** the amount deposited as bail referenced in the first paragraph of this Order, less the Clerk's fees, if any.

Date: 11\14\19

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney

by: _____   Date: 11/13/2019
**AUSA CHRISTOPHER BRUMWELL**
**Assistant United States Attorney**
**914-993-1966**

**Address of payee, if different from address on original Bail Order:**
(to be completed by District Court Clerk's Office)

_____

_____

_____

**Phone Number:**

**The Clerk's Office Finance Unit will contact the party once the check is ready.**

# FOR CLERK'S OFFICE USE ONLY:

| RECEIVED CHECK NO: | DATED: |
|---|---|
| IN THE AMOUNT OF: $ | |
| PAYABLE TO: | |
| SIGN & PRINT: | |

M19-1-14171

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | CASH BAIL ORDER |

Vs.

Keenan Watts

DEFENDANT'S # 18
LEAD DFT (IF NOT THE SAME)

DOCKET NUMBER:

17 cr 505 -18
M19-1- 14171

OFFICE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

It is hereby certified that bail of the above defendant was fixed on 11-13-17

By the Honorable Vincent L. Briccetti, District Judge, for the

S.D.N.Y., in the amount of $200,000.00 Dollars, Personal Recognizance

Bond, secured by $5,000.00 Cash or Property.

_with the Clerk of the Court, U.S. District Court for the S.D.N.Y., for the appearance of said

defendant before this court.

**DATED: 11-13-17**
**White Plains, New York**

_____
Honorable Vincent L. Briccitti
U.S. DISTRICT JUDGE
S.D.N.Y.

_____
CLERK TO U.S.D.J.

DEPOSITED BY:

NAME Sandra Reeves
ADDRESS 2 Orchard Street
Marlboro, New York 12542
PHONE 845-542-2651









Court Name: District Court
Division: 7
Receipt Number: 465407015143
Cashier ID: vrroka j
Transaction Date: 11/13/2017
Payer Name: SANDRA REEVES

TREASURY REGISTRY
For: KEENAN WATTS
Case/Party: D-NYS-1-17-CR-000585-018
Amount: $5,000.00

MONEY ORDER
Check/Money Order Num: 23757068970
Amt Tendered: $1,000.00
MONEY ORDER
Check/Money Order Num: 23757068946
Amt Tendered: $1,000.00
MONEY ORDER
Check/Money Order Num: 23757068981
Amt Tendered: $1,000.00
MONEY ORDER
Check/Money Order Num: 23757068992
Amt Tendered: $1,000.00
MONEY ORDER
Check/Money Order Num: 23757068968
Amt Tendered: $1,000.00

Total Due: $5,000.00
Total Tendered: $5,000.00
Change Amt: $0.00

M19-1-14171
*BAIL



**UNITED STATES POSTAL SERVICE®**
**POSTAL MONEY ORDER**

Serial Number: 23757068970
Year, Month, Day: 2017-11-13
Post Office: 106020
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100 ****************
Clerk 03

Pay to: Clerk of Court SDNY
Address: 300 Quarropas St, White Plains NY 10601
Memo: 17CR505
From: Sandra Reeves
Address: 2 Orchard St, Marlboro NY 12542

:00000800⑆: 23757068970



**UNITED STATES POSTAL SERVICE®**
**POSTAL MONEY ORDER**

Serial Number: 23757068946
Year, Month, Day: 2017-11-13
Post Office: 106020
U.S. Dollars and Cents: $1000.00
One Thousand Dollars and 00/100 ****************
Clerk 03

Pay to: Clerk of Court SDNY
Address: 300 Quarropas Str, White Plains, N.Y. 10601
Memo: 17 CR 505
From: Sandra Reeves
Address: 2 Orchard Str, Marlboro, N.Y. 12542

:00000800⑆: 23757068946

```
Court Name: District Court
Division: 7
Receipt Number: 465407015143
Cashier ID: Vfrrokaj
Transaction Date: 11/13/2017
Payer Name: SANDRA REEVES
------------------------------------
TREASURY REGISTRY
 For: KEENAN WATTS
 Case/Party: D-NYS-7-17-CR-000505-018
 Amount:        $5,000.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 23757068970
 Amt Tendered:  $1,000.00
MONEY ORDER
 Check/Money Order Num: 23757068946
 Amt Tendered:  $1,000.00
MONEY ORDER
 Check/Money Order Num: 23757068981
 Amt Tendered:  $1,000.00
MONEY ORDER
 Check/Money Order Num: 23757068992
 Amt Tendered:  $1,000.00
MONEY ORDER
 Check/Money Order Num: 23757068968
 Amt Tendered:  $1,000.00
------------------------------------
Total Due:     $5,000.00
Total Tendered: $5,000.00
Change Amt:    $0.00

M19-1-14171
*BAIL
```