UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                                           :    **ORDER**
v.                                                               :
                                                           :    S1 17 CR 505-18 (VB)
KEENAN WATTS,                          :
                            Defendant.    :
--------------------------------------------------------x

       In response to the Court's Order of May 15, 2020 (Doc. #383), the government has advised the Court that it is not willing to waive the administrative exhaustion requirement set forth in 18 U.S.C. § 3582(c)(1)(A) with respect to defendant's motion for a reduction of sentence (Doc. #387).

       Accordingly, consistent with the Court's May 15, 2020, Order, defendant's motion is DENIED WITHOUT PREJUDICE to re-filing after defendant demonstrates that the exhaustion requirement has been satisfied.

       Chambers will mail a copy of this Order to defendant at the following address:

Keenan Watts
Reg. No. 79444-054
FCI Schuylkill
P.O. Box 759
Minersville, PA  17954-0759

Dated: May 20, 2020
       White Plains, NY

                                           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge