UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :    **ORDER**
v.                                      :
                                        :    S1 17 CR 505-18 (VB)
KEENAN WATTS,                           :
                        Defendant.      :
--------------------------------------------------------------x

      By Order dated May 20, 2020, the Court denied defendant Keenan Watts's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), without prejudice to refiling once the exhaustion requirement, a prerequisite to making such a motion, had been satisfied. (Doc. #388).

      On June 24, 2020, the Court received by mail a submission from defendant, dated June 22, 2020, which shall be separately docketed. The submission contains a letter from the warden of defendant's facility, which indicates that on May 20, 2020, the warden received defendant's application for compassionate release under Section 3582(c)(1)(A)(i), and that on June 15, 2020, the warden denied the application.

      Thirty days following defendant's application to the warden would be June 19, 2020. Thus, more than thirty days have lapsed since defendant submitted his application to the warden. For this reason, defendant's motion appears timely pursuant to Section 3582(c)(1)(A).

      Accordingly, by <u>July 8, 2020</u>, the government is directed to file its response to defendant's motion. The government is directed to address the merits of the motion.

      Chambers will mail a copy of this Order to defendant at the following address:

Keenan Watts, Reg. No. 79444-054
FCI Schuykill
P.O. Box 759
Minersville, PA 17954-0759

Dated: June 24, 2020
       White Plains, NY            SO ORDERED:

                                              Vincent L. Briccetti, U.S.D.J.