UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :     **ORDER**
v.                                  :
                                    :     17 CR 505-18 (VB)
KEENAN WATTS,                       :
                    Defendant.      :
--------------------------------------------------------------x

    The Court has received a recommendation from defendant Keenan Watts's probation officer for early termination of supervised release. The recommendation states that Mr. Watts has completed 34 months of his 60-month period of supervised release, is gainfully employed, has maintained sobriety, has otherwise adjusted well to supervision, and has remained in compliance with the conditions of supervision. Having considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Watts's conduct and the interest of justice.

    Accordingly, supervised release is terminated, and defendant Keenan Watts is discharged therefrom, effective immediately.

Dated: February 8, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge